IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ADRAIN RUBIO and KRYSTYNE RUBIO, husband and wife,<br><br>Plaintiffs,<br>vs.<br><br>JACKSONVILLE SHERIFF'S OFFICE DEPUTIES A. M. PHELPS Badge #83064, MURILLO Badge #82772, JIMENEZ, Badge #82006, and SALMON, Badge #81997, and JACKSONVILLE FIRE AND RESCUE DEPARTMENT CREW MEMBERS LT. IAN GIDDENS, JOSH GARDNER, and CAMERON FERRELL, each individually,<br><br>Defendants. | CASE No.3:24-cv-01221-TJC-MCR |

**FIRST AMENDED VERIFIED COMPLAINT
AND DEMAND FOR JURY TRIAL**

Plaintiff, ADRAIN RUBIO and KRYSTYNE RUBIO (hereinafter "Plaintiffs," or "ADRAIN RUBIO" and "KRYSTYNE RUBIO" or "RUBIOS"), by and through the undersigned counsel, file this First Amended Verified Complaint and Demand for Jury Trial against Defendants Jacksonville Sheriff's Office (hereinafter "JSO") DEPUTIES A. M. PHELPS Badge

#83064, MURILLO, Badge #82772, JIMENEZ, Badge #82006, and SALMON, Badge #81997, and Jacksonville Fire and Rescue Department (hereinafter "JFRD") CREW MEMBERS LT. IAN GIDDENS, JOSH GARDNER, and CAMERON FERRELL, each individually, and states:

## JURISDICTION

1. This is an action for damages brought pursuant to Title 42 U.S.C. §§ 1983 and 1988, the Fourteenth Amendment to the United States Constitution and the common law of Florida.

2. Jurisdiction is based upon Title 28 U.S.C. §§ 1331 and 1343(3) and on the pendant jurisdiction of the Court to entertain claims under the law pursuant to Tile 28 U.S.C. § 1367(a).

3. Venue is proper in this Court because all of the acts complained of occurred within the Jacksonville Division of the Middle District of Florida.

4. All conditions precedent to the filing of this action have occurred, been performed or have been waived.

## PARTIES

5. The Plaintiffs are ADRAIN RUBIO and KRYSTYNE RUBIO, husband and wife, who currently reside at 1349 Cleveland Street, in Jacksonville, Duval County, Florida 32209.

6. The Defendants are JSO DEPUTIES A. M. PHELPS Badge #83064, MURILLO, Badge #82772, JIMENEZ, Badge #82006, and SALMON, Badge #81997, and JFRD CREW MEMBERS LT. IAN GIDDENS, JOSH GARDNER, and CAMERON FERRELL, each being sued in their individual capacities.

## FACTS

7. On December 31, 2021, ADRAIN RUBIO was burning a tree stump located on the property where he resided at 10168 Normandy Boulevard in Jacksonville, Duval County, Florida.

8. On December 31, 2021, the JFRD received a citizen telephone call complaining about a fire at 10092 Normandy Boulevard. JFRD CREW MEMBERS LT. IAN GIDDENS, JOSH GARDNER, and CAMERON FERRELL responded to the call.

9. On their way to respond to a citizen telephone call complaining about a fire at 10092 Normandy Boulevard, JFRD CREW MEMBERS LT. IAN GIDDENS, JOSH GARDNER, and CAMERON FERRELL stopped at the property where RUBIOS resided and entered onto the property to approach ADRAIN RUBIO about his fire.

10. JFRD CREW MEMBER LT. IAN GIDDENS called for Police backup.

11. JSO DEPUTY A. M. PHELPS, Badge #83064, answered on the scene and falsely reported that she saw ADRAIN RUBIO holding a machete and threatening to kill employees of the JFRD who were on the scene responding to the call about a fire.

12. JSO DEPUTIES MURILLO, Badge #82772, JIMENEZ, Badge #82006, and SALMON, Badge #81997, responded, as a result of the call for backup by JSO DEPUTY A.M. PHELPS, Badge #83064, and arrived at the scene.

13. The false information provided by JSO DEPUTY A.M. PHELPS, Badge #83064 lead to the overreaction of the backup officers who immediately

initiated the violent takedown and arrest of ADRAIN RUBIO while KRYSTYNE RUBIO was recording their conduct on her cell phone.

14. ADRAIN RUBIO was falsely charged with Aggravated Assault on a Law Enforcement Officer due to the alleged use of the machete and Interference with a Firefighter in the Performance of his or her duty. The charges were baseless and the State Attorney's Office *nolle prossed* the charges in court on December 1, 2022.

15. KRYSTYNE RUBIO was falsely charged with Resisting a Law Enforcement Officer because she was attempting to video the interactions of the Jacksonville Sheriff's Deputies with her husband prior to their physical seizure of her husband. This charge was also baseless and the State Attorney's Office dismissed this charge against KRYSTYNE RUBIO in court on June 14, 2022.

16. The violent nature of the arrest has resulted in both physical and psychological damages to ADRAIN RUBIO, such that he is now confined to a wheelchair.

17. KRYSTYNE RUBIO, ADRAIN RUBIO's wife, is claiming damages for her own false arrest and loss of consortium due to her husband's condition.

18. The names of the JFRD crew members involved in this incident are: LT. IAN GIDDENS, JOSH GARDNER, and CAMERON FERRELL. According to these Officers, ADRAIN RUBIO came at them wielding a machete and threatening to kill them. This is a complete fabrication. By their actions, JFRD CREW MEMBERS LT. IAN GIDDENS, JOSH GARDNER and CAMERON FERRELL either, intentionally made false statements of material fact or, failed to correct their false statements.

## COUNT I – FALSE ARREST
## VIOLATION OF CIVIL RIGHTS – 42 U.S.C. § 1983

19. PLAINTIFFS incorporate by reference the allegations contained in paragraphs 7 through 18 above, as if fully set forth in full herein.

20. At all times material hereto and in all of their acts described herein JSO DEPUTIES A. M. PHELPS Badge #83064, MURILLO, Badge #82772, JIMENEZ, Badge #82006, and SALMON, Badge #81997, and JFRD CREW MEMBERS LT. IAN GIDDENS, JOSH GARDNER, and CAMERON FERRELL acted under color of the statutes, customs, ordinances, and usage of

the State of Florida, Duval County, and the Jacksonville Sheriff's Office and Jacksonville Fire and Rescue Department.

21. JSO DEPUTIES A. M. PHELPS Badge #83064, MURILLO, Badge #82772, JIMENEZ, Badge #82006, and SALMON, Badge #81997, and JFRD CREW MEMBERS LT. IAN GIDDENS, JOSH GARDNER, and CAMERON FERRELL repeatedly and intentionally falsified their statements to support probable cause arrest of PLAINTIFFS ADRAIN and KRYSTYNE RUBIO which resulted in the filing of criminal charges and the false arrest of ADRAIN RUBIO. This false arrest by JSO DEPUTIES A. M. PHELPS Badge #83064, MURILLO, Badge #82772, JIMENEZ, Badge #82006, and SALMON, Badge #81997, and JFRD CREW MEMBERS LT. IAN GIDDENS, JOSH GARDNER, and CAMERON FERRELL was objectively unreasonable in light of the circumstances.

22. The treatment of PLAINTIFFS by JSO DEPUTIES A. M. PHELPS Badge #83064, MURILLO, Badge #82772, JIMENEZ, Badge #82006, and SALMON, Badge #81997, and JFRD CREW MEMBERS LT. IAN GIDDENS, JOSH GARDNER, and CAMERON FERRELL violated PLAINTIFFS' clearly-established and well-settled constitutional rights. These

rights are applied to JSO DEPUTIES A. M. PHELPS Badge #83064, MURILLO, Badge #82772, JIMENEZ, Badge #82006, and SALMON, Badge #81997, and JFRD CREW MEMBERS LT. IAN GIDDENS, JOSH GARDNER, and CAMERON FERRELL, through the Fourteenth Amendment.

23. As a direct and proximate cause of the foregoing-described conduct of JSO DEPUTIES A. M. PHELPS Badge #83064, MURILLO, Badge #82772, JIMENEZ, Badge #82006, and SALMON, Badge #81997, and JFRD CREW MEMBERS LT. IAN GIDDENS, JOSH GARDNER, and CAMERON FERRELL, PLAINTIFFS suffered the following compensable injuries and damages:

a. Loss of Liberty;

b. Loss of the right to be free from unreasonable seizures; and,

c. Emotional trauma and suffering.

### COUNT II – EXCESSIVE FORCE
### VIOLATION OF CIVIL RIGHTS – 42 U.S.C. § 1983
### against PHELPS, MURILLO, JIMENEZ and SALMON

24. PLAINTIFFS ADRAIN and KRYSTYNE RUBIO reallege and incorporate by reference the allegations contained in paragraphs 7 through 23 above, as if fully set forth herein.

25. At all times material hereto and in all of their acts described herein JSO DEPUTIES A. M. PHELPS Badge #83064, MURILLO, Badge #82772, JIMENEZ, Badge #82006, and SALMON, Badge #81997, and JFRD CREW MEMBERS LT. IAN GIDDENS, JOSH GARDNER, and CAMERON FERRELL acted under color of the statutes, customs, ordinances, and usage of the State of Florida, Duval County, City of Jacksonville, and the Jacksonville Sheriff's Office.

26. JSO DEPUTIES MURILLO, Badge #82772, JIMENEZ, Badge #82006, and SALMON, Badge #81997, slammed ADRAIN RUBIO to the ground. This excessive use of force by JSO DEPUTIES MURILLO, Badge #82772, JIMENEZ, Badge #82006, and SALMON, Badge #81997, was objectively unreasonable in light of the circumstances.

27. The treatment of ADRAIN RUBIO by JSO DEPUTIES MURILLO, Badge #82772, JIMENEZ, Badge #82006, and SALMON, Badge #81997, violated RUBIO's clearly-established and well-settled Constitutional Rights to be free from the unreasonable or excessive force. These rights are applied to JSO DEPUTIES MURILLO, Badge #82772, JIMENEZ, Badge

#82006, and SALMON, Badge #81997, through the Fourteenth Amendment to the United States Constitution.

28. As a direct and proximate cause of the foregoing described conduct of JSO DEPUTIES MURILLO, Badge #82772, JIMENEZ, Badge #82006, and SALMON, Badge #81997, RUBIO suffered the following compensable injuries and damages:

    a. Loss of liberty;

    b. Immediate physical pain;

    c. Loss of mobility as he is confined to a wheelchair;

    d. Loss of the right to be free from unreasonable injuries;

    e. Emotional trauma and suffering;

    f. Loss of consortium

29. As a further direct and proximate result of the foregoing described conduct of JSO DEPUTIES A. M. PHELPS Badge #83064, MURILLO, Badge #82772, JIMENEZ, Badge #82006, and SALMON, Badge #81997, and JFRD CREW MEMBERS LT. IAN GIDDENS, JOSH GARDNER, and CAMERON FERRELL, PLAINTIFFS have been compelled to retain the services of an attorney, and thereby incurred, and will continue to

incur, legal fees and costs, the full nature of which are presently unknown to PLAINTIFFS.

WHEREFORE the PLAINTIFFS, ADRAIN RUBIO and KRYSTYNE RUBIO, husband and wife, respectfully demand trial by jury and judgment against the Defendants, JSO DEPUTIES A. M. PHELPS Badge #83064, MURILLO, Badge #82772, JIMENEZ, Badge #82006, and SALMON, Badge #81997, and JFRD CREW MEMBERS LT. IAN GIDDENS, JOSH GARDNER, and CAMERON FERRELL, individually, for compensatory and punitive damages, costs, attorney fees, and other such relief as this Court deems just.

# VERIFICATION

We affirm under the penalty of perjury that the foregoing document is true and correct to best of our personal knowledge, information and belief.

_____
ADRAIN RUBIO

_____
KRYSTYNE RUBIO


Respectfully submitted,

_____
GARY LEE PRINTY
FL BAR ID NO. 363014
GARY LEE PRINTY, ATTORNEY AT LAW
1804 Miccosukee Commons Drive, Suite 200
Tallahassee, Florida 32308-5471
Telephone (850) 877-7299
FAX (850) 877-2211
Email: attygaryprinty@gmail.com

Attorney for Plaintiffs,
ADRAIN RUBIO and KRYSTYNE RUBIO,
husband and wife

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 14, 2025, the foregoing First Amended Verified Complaint and Demand for Jury Trial was electronically filed using the CM/ECF filing system which will electronically mail Notice of Electronic Filing to Counsel of Record for Defendants, Brett Gordon Mereness, at the Office of the General Counsel, 117 W. Duval St., Ste. 480, Jacksonville, FL 32202-4721, Email: brettm@coj.net.

Respectfully submitted,

/s Gary Lee Printy
GARY LEE PRINTY
FL BAR ID NO. 363014
GARY LEE PRINTY, ATTORNEY AT LAW
1804 Miccosukee Commons Drive, Suite 200
Tallahassee, Florida 32308-5471
Telephone (850) 877-7299
FAX (850) 877-2211
Email: attygaryprinty@gmail.com

Attorney for Plaintiffs,
ADRAIN RUBIO and KRYSTYNE RUBIO,
husband and wife